In the Matter of the Accounting of CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Trustee of an Express Trust Made by ROBERTA F. FRANK to Said Trustee, Respondent. CROSBY FIELD et al., Appellants.

Argued January 22, 1952; decided March 13, 1952.

*William G. Chambers* and *Archibald H. Cashion* for appellants.

*Frank J. Podesta* and *John W. Kelly* for respondent.

Order affirmed, with costs to the respondent; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.